IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JENNIFER TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-00523-GBL-IDD |
| ) | |
| REPUBLIC SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

THIS MATTER is before the Court on the Motion to Dismiss and Memorandum in Support filed by Defendants Republic Services, Inc., Republic Services of Virginia, LLC, Jason Calloway, Ronald Krall, Douglas Murphy, Christopher Rains and Daniel Jameson ("Defendants") on May 18, 2012 (Docs. 3, 4). For the reasons stated in open Court on August 17, 2012, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Doc. 3) is GRANTED in PART and DENIED in PART.

In particular, Defendants' Motion to Dismiss is GRANTED as to Counts Three (Common Law Wrongful Termination of Employment for Opposing or Restricting Criminal Conduct; Six (Common Law Conspiracy); and Seven (Intentional Infliction of Emotional Distress). Accordingly, these counts are DISMISSED with PREJUDICE.

Defendants' Motion to Dismiss is DENIED as to Counts One (Gender Discrimination; Sexual Harassment and Hostile Work Environment under Title VII); Two (Retaliation; Retaliatory Discharge and Hostile Work Environment under Title VII); Four (Negligent

Retention of Employees Callaway and Krall); and Five (Tortious Interference with Business Expectancy).

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this 21st day of August, 2012.

Alexandria, Virginia
_/__ /__ / 2012

/s/
Gerald Bruce Lee
United States District Judge

2