IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JENNIFER TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REPUBLIC SERVICES, INC., et al., )<br>)<br>Defendants. ) | Case No. 1:12-cv-00523-GBL-IDD |

## **FINAL JUDGMENT**

This matter is before the Court on the five-day non-jury trial of Plaintiff Jennifer Taylor's claims against Defendants Republic Services, Inc., Republic Services of Virginia, LLC, Jason Callaway, Ronald Krall, Douglas Murphy, Christopher Rains and Daniel E. Jameson for hostile work environment and retaliatory discharge pursuant to Title VII of the Civil Rights Act of 1964.

For the reasons stated in the Memorandum Opinion and Order, **IT IS HEREBY ORDERED THAT**:

(1) Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendants Republic Services, Inc. and Republic Services of Virginia, LLC and against Plaintiff Jennifer Taylor on the claim of hostile work environment as stated in Count I of the Amended Complaint;

(2) Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Plaintiff Jennifer Taylor and against Defendant Republic Services, Inc. on the claim of retaliatory discharge as stated in Count II of the Amended Complaint pursuant to Federal Rule of Civil Procedure 58;

(3) Plaintiff Jennifer Taylor is awarded damages against Defendant Republic Services, Inc. on Count II of the Amended Complaint in the amounts set forth below:

    (a) Back pay damages in the amount of $377,734 pursuant to Title VII of the Civil Rights Act of 1964;

    (b) Front pay damages in the amount of $804,791 pursuant to Title VII of the Civil Rights Act of 1964;

    (c) Compensatory damages in the amount of $50,000 pursuant to 42 U.S.C. § 1981a(b)(3); and

    (d) Reasonable attorneys' fees and costs in an amount to be determined in a subsequent order;

(4) Plaintiff Jennifer Taylor's claim for retaliation based upon denial of a synergy bonus is **DENIED** as moot;

(5) Plaintiff Jennifer Taylor's claim for retaliation based upon her allegation that she received lesser stock options than her male counterparts is **DISMISSED**;

(6) All remaining claims against Defendants Jason Callaway, Ronald Krall, Douglas Murphy, Christopher Rains and Daniel E. Jameson in their individual capacity are **DISMISSED**; and

(7) Plaintiff Jennifer Taylor shall submit within fourteen (14) days of this Order proper documentation in support of her request for costs and fees. *See Robinson v. Equifax Svcs., LLC*, 560 F.3d 235 (4th Cir. 2009).

ENTERED this 16th day of September 2013.

Alexandria, Virginia
9 / 16 / 2013

                                                  /s/
                                        Gerald Bruce Lee
                                        **United States District Judge**